PD-0646-15

PD-0646-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/28/2015 2:43:28 PM
Accepted 5/28/2015 4:47:04 PM
ABEL ACOSTA
CLERK

## APPEAL NO. _____

## COURT OF CRIMINAL APPEALS OF TEXAS

### *IN RE*   EMMANUEL ARMENDARIZ, PETITIONER

**Appeal from Eighth Court of Appeals, No. 08-13-00125-CR**
**Appeal from the 409th District Court of El Paso County, Texas (TC#20100D06116)**

### MOTION TO EXTEND TIME TO
### FILE PETITION FOR DISCRETIONARY REVIEW

**To the Honorable Justices of Said Court:**

Now comes Emmanuel Armendariz, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On May 8, 2015, the Court of Appeals affirmed appellant's conviction.  Emmanuel Armendariz v. State, 08-13-00125-CR.  This petition is therefore due on June 8, 2015.

2.     Counsels will be unable to complete the petition for the following reasons:  Petitioner's attorneys will not be able to complete the Petition for Discretionary Review by the due date because of the 1) complexity of the legal issues requiring extensive research and writing; 2) counsels' responsibilities on other urgent client matters, and 3) Petitioner's counsels have complex briefs due before the Eighth Court of Appeals and the Texas Supreme Court due in June and

July, that require extensive research and drafting.

3. Defendant is currently free on bond.

**Wherefore, Premises Considered**, Petitioner respectfully requests an extension of 30 days, i.e. until **July 9, 2015**, to file a petition for discretionary review.

Respectfully submitted,

By: /s/ Eduardo N. Lerma, Sr.
**Eduardo N. Lerma, Sr.**
SBOT 13331200
enl1417@aol.com

Law Offices of Eduardo N. Lerma, Sr.
1417 Montana Avenue
El Paso, Texas 79902-5617
T / 915.533.0177
F / 915.533.7236

By: /s/ Veronica Teresa Lerma
**Veronica Teresa Lerma**
SBOT 24062846
vtlerma@gmail.com

Lerma Law
1417 Montana Avenue
El Paso, Texas 79902-5617
T / 915.533.4779
F / 915.533.7236
*Attorneys for Emmanuel Armendariz*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that this pleading was served by electronic service on opposing party:  Tom Darnold, Appellate lead attorney for the District Attorney's Office, El Paso County, 500 East San Antonio St., Room 201, El Paso, Texas 79901, at *t.darnold@epcounty.com* and the State Prosecuting Attorney at *information@spa.texas.gov*.

By: ___/s/ Eduardo N. Lerma, Sr._____
**Eduardo N. Lerma, Sr.**
SBOT 13331200
enl1417@aol.com


By: ___/s/ Veronica Teresa Lerma_____
**Veronica Teresa Lerma**
SBOT 24062846
vtlerma@gmail.com
*Attorneys for Emmanuel Armendariz*

# CERTIFICATE OF CONFERENCE

On May 28, 2015, the undersigned attorney conferred with Respondent's counsel by telephonic communication, Tom Darnold, who does not oppose this extension.

By:   /s/ Eduardo N. Lerma, Sr.
**Eduardo N. Lerma, Sr.**
SBOT 13331200
enl1417@aol.com


By:   /s/ Veronica Teresa Lerma
**Veronica Teresa Lerma**
SBOT 24062846
vtlerma@gmail.com
*Attorneys for Emmanuel Armendariz*